JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELYSSA MATHEWSON, an individual, | Case No. 2:21-CV-01905-AB (KSx) |
| Plaintiff, | ORDER DISMISSING CIVIL ACTION |
| v. | |
| UNITED STATES OF AMERICA; UNITED STATES POSTAL SERVICE; RICHARD RODRIGUEZ, an individual, DOES 1 to 20, inclusive, | |
| Defendants. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

**IT IS THEREFORE ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **sixty-five (65) days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. All pre-trial and trial dates and deadlines are **VACATED**.

Dated:  January 11, 2022

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.